MARY MEDURGA v. JOHN MEDURGA.

January 29, 1976. Petition for certification is granted and the judgment of the Appellate Division is summarily reversed; and it is further ORDERED that the Appellate Division hear the matter on the merits.

NEW JERSEY DEPARTMENT OF LABOR AND INDUSTRY v. MARTIN LUTZ APPELLATE PRINTERS, INC.

January 29, 1976. Petition for certification is granted and the dismissal of the matter is vacated; and it is further ORDERED that the matter be transferred to the Commissioner of the Department of Labor and Industry for a hearing on the merits.

HUMANE SOCIETY OF THE UNITED STATES, NEW JERSEY BRANCH v. NEW JERSEY FISH & GAME COUNCIL.

October 29, 1975. Certification to Superior Court, Chancery Division is granted. (See 129 *N. J. Super.* 239).

STATE OF NEW JERSEY v. RUBIN CARTER.

November 5, 1975. Certification to Superior Court, Law Division is granted. (See 136 *N. J. Super.* 271).